UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
NEW YORK CITY DISTRICT              :
COUNCIL OF CARPENTERS               :      **ORDER OF**
PENSION FUND, et al.,               :      **DISCONTINUANCE**
                                    :
            Plaintiffs,             :      08 Civ. 2543 (SAS)
                                    :
      -against-                     :
                                    :
E G SALES, INC.,                    :
                                    :
            Defendant.              :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      Plaintiffs' counsel having notified the Court that the parties have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      Plaintiffs' counsel is directed to serve a copy of this Order upon his adversary.

                                     SO ORDERED:

                                     Shira A. Scheindlin
                                     U.S.D.J.

Dated:   New York, New York
          April 18, 2008

## - Appearances -

**For Plaintiff:**

Andrew R. GraBois, Esq.
O'Dwyer & Bernstein, LLP
52 Duane Street
New York, NY 10007
(212) 571-7100